AO 91 (Rev. 02/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America <br> v. <br> Juan Samaniego Silveira, <br> a.k.a.: Juan Samaniego-Silveira, <br> a.k.a.: Martin Samaniego-Salvedra, <br> a.k.a.: Martin S. Valverde, <br> (A071 616 242) <br> *Defendant* | Case No. 17-8458MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of November 21, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Juan Samaniego Silveira, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about August 13, 2009, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated by Reference Herein**

*BDay*
REVIEWED BY: SAUSA Brett Day for AUSA Jonathan R. Hornok

☒ Continued on the attached sheet.

*Complainant's signature*

Steven T. Case,
Deportation Officer
*Printed name and title*

Sworn to before me and signed telephonically.

Date: November 24, 2017

*Judge's signature*

City and state: Phoenix, Arizona

John Z. Boyle,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Steven T. Case, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On November 21, 2017, Juan Samaniego Silveira was booked into the Maricopa County Jail (MCJ) intake facility by the Arizona Department of Public Safety on local charges. While incarcerated at the MCJ, Samaniego Silveira was examined by ICE Officer M. Garcia who determined him to be a Mexican citizen, illegally present in the United States. On November 22, 2017, Samaniego Silveira was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Samaniego Silveira was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Juan Samaniego Silveira to be a citizen of Mexico and a previously deported criminal alien. Samaniego Silveira was removed from the United States to Mexico at or near Nogales, Arizona, on or about August 13, 2009, pursuant to the reinstatement of an order of removal issued by an immigration judge. There is no record of Samaniego Silveira in any

Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Samaniego Silveira's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Juan Samaniego Silveira was convicted of Conspiracy to Sell/Transport for Sale/Transfer/Offer to Sell Marijuana Having a Weight of at Least One Pound, a felony offense, on February 24, 2004, in the Superior Court of Arizona, Maricopa County. Samaniego Silveira was sentenced to six (6) months' incarceration and three (3) years' probation. Samaniego Silveira's criminal history was matched to him by electronic fingerprint comparison.

5. On November 22, 2017, Juan Samaniego Silveira was advised of his constitutional rights. Samaniego Silveira freely and willingly acknowledged his rights and agreed to provide a statement under oath. Samaniego Silveira stated that his true and complete name is Juan Samaniego Silveira and that he is a citizen of Mexico. Samaniego Silveira stated that he illegally entered the United States six (6) years ago, through Nogales. Furthermore, Samaniego Silveira stated he had been removed from the United States on three (3) occasions to Mexico and that he did not receive permission from the Secretary of the Department of Homeland Security to re-enter the United States after his removal.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about November 21, 2017, Juan Samaniego Silveira, an alien, was found in the

United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at Nogales, Arizona, on or about August 13, 2009, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Steven T. Case,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed telephonically this 24th day of November, 2017.

_____
John Z. Boyle,
United States Magistrate Judge